CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 19, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILEY LEE FARRIS, | ) |
| Plaintiff, | ) Case No. 7:25-cv-00018 |
| v. | ) **MEMORANDUM OPINION** |
| DR. HAYNES, *et al.*, | ) By: Hon. Thomas T. Cullen |
| Defendants. | ) United States District Judge |

Plaintiff Wiley Lee Farris, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. (*See* Compl. [ECF No. 1].) On January 13, 2024, the Court ordered Plaintiff to submit a prisoner trust account report fully accounting for the six-month period immediately preceding the filing of the complaint. (Order 1–4 [ECF No. 4].) The Court advised Plaintiff that a report he had previously submitted was deficient in that it failed to provide the Court with trust account information for the months of October, November, or December. (*Id.* at 2.) The Court further advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action. (*Id.*)

Plaintiff submitted a supplemental report, but it still failed to account for the month of October. (*See* ECF No. 6.) Because more than 30 days have elapsed and Plaintiff has not submitted the *complete* financial information as ordered, the Court will dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to forward a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 19th day of February, 2025.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE